**STATEMENT OF FACTS**

On September 14, 2015, U.S. District Court Magistrate Judge G. Michael Harvey, District of Columbia, issued a search warrant for a black 2008 Cadillac Escalade with District of Columbia license plates EX 3673. That vehicle is owned by defendant SEKOU KAMBON BROOKS. At approximately 3:18 p.m., Federal Bureau of Investigations (FBI) agents stopped defendant BROOKS as he drove alone in that vehicle in the 900 block of H Street, N.W., Washington, D.C.

A pat down of defendant BROOKS resulted in the seizure of approximately $3,050 in United States Currency from BROOKS' right rear pants pocket. A search of the defendant's vehicle resulted in the seizure of the following additional items: approximately 149 grams of cocaine; 11 Adderall pills; 21 Amphetamine-Dextroamphetamine pills; 100 Oxycodone 30mg pills; 23 Diazepan 10 mg pills; 82 Clonazepam 2 mg pills; and 210 Lorazepam 2 mg pills. Defendant Brooks was placed under arrest.

A portion of the suspected cocaine field tested positive for cocaine. The approximate weight of the suspected cocaine and the other narcotics is an amount commonly indicating that the narcotics were going to be sold to others rather than used exclusively by the defendant.

_____
TIMOTHY J. ERVIN, Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 15th day of September, 2015

_____
G. MICHAEL HARVEY
United States Magistrate Judge